# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN, | NO. CV 12-7330-DMG(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| C.S.P. - LOS ANGELES COUNTY M. WHITE, | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 26, 2013.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE